UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN PORTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARCHEX, INC., *et al*.,<br><br>Defendants. | Case No.: C16-360 JLR<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Lead Plaintiff Steven Porter hereby dismisses this action, without prejudice, as to all defendants. No defendant has served either an answer or a motion for summary judgment in this action.

Dated: April 22, 2016

**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**

/s/ *Clifford A. Cantor*
Clifford A. Cantor
WSBA # 17893
627 208th Ave., SE
Sammamish, WA  98074
T: 425-868-7813
F: 425-732-3752
Email: cliff.cantor@outlook.com

***Liaison Counsel for the Class***

- 1 –

NOTICE OF DISMISSAL WITHOUT PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE ROSEN LAW FIRM**
Jacob A. Goldberg (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY  10016
T: 212-686-1060
F: 212-226-4684
Email: lrosen@rosenlegal.com
            jgoldberg@rosenlegal.com

**GOLDBERG LAW, PC**
Michael Goldberg
13650 Marina Pointe Dr., Suite 1404
Marina Del Rey, CA  90292
T: 800-977-7401
F: 800-536-0065
Email: michael@goldberglaw.com

*Lead Counsel for Lead Plaintiff and the Putative Class*

- 2 –

NOTICE OF DISMISSAL WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2016, I electronically filed the foregoing *Notice of Dismissal without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)* with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**

/s/ *Clifford A. Cantor*
Clifford A. Cantor
WSBA # 17893
627 208th Ave., SE
Sammamish, WA  98074

- 3 –

NOTICE OF DISMISSAL WITHOUT PREJUDICE